NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRITTANY BOWMAN,                     )
                                     )
           Appellant,                )
                                     )
v.                                   )     Case No. 2D16-5303
                                     )
STATE OF FLORIDA,                    )
                                     )
           Appellee.                 )
_____ )

Opinion filed September 1, 2017.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Tom Barber, Judge.

Brittany Bowman, pro se.

LaROSE, Chief Judge.

        Affirmed without prejudice to whatever right the appellant may have to file

a timely and facially sufficient motion under Florida Rule of Criminal Procedure 3.850.

NORTHCUTT and KHOUZAM, JJ., Concur.